DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREW HOFFMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-635

[October 6, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case No. 502014CF6446.

Michael Ufferman of Michael Ufferman Law Firm, P.A., Tallahassee, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***